# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | PETER SCOTT TULLY |
| **Case Number:** | 2:15-BK-06726-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 10, 2018 09:30 AM  6TH FLOOR #602 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

POST-CONFIRMATION STATUS HEARING

**R / M #:**  288 / 0

**VACATED:** Final Decree (Case Closed) signed on 6/29/2018 (related document(s)291 Motion for Final Decree) Administratively Closed Prior to Entry of the Discharge.

## Appearances:

NONE

## Proceedings:

VACATED: Final Decree (Case Closed) signed on 6/29/2018 (related document(s)291 Motion for Final Decree) Administratively Closed Prior to Entry of the Discharge.